UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| VALERIE STOREY, *Individually and as Executrix of the Estate of Kenneth Cartee*, ) ) ) ) Plaintiff, ) ) v. ) ) EFFINGHAM COUNTY et al., ) ) Defendants. ) | Case No. CV415-149 |

## ORDER

The Court having reviewed and considered the petition of Gregory T. Talley of the law firm of Coleman Talley LLP, 910 North Patterson Street, Valdosta, Georgia 31601, for permission to appear pro hac vice on behalf of defendants Effingham County et al., in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Gregory T. Talley, as counsel of record for defendants Effingham County et al., in this case.

**SO ORDERED** this __22nd__ day of September, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA