# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| VALERIE STOREY, *Individually and as Executrix of the Estate of Kenneth Cartee*, <br><br> Plaintiff, <br><br> v. <br><br> EFFINGHAM COUNTY et al., <br><br> Defendants. | Case No. CV415-149 |

## ORDER

The Court having reviewed and considered the petition of Marcus W. Wisehart of the law firm of Ian R. Rapaport, 5565 Glenridge Connector, Suite 500, Atlanta, Georgia 30342, for permission to appear pro hac vice on behalf of defendants Effingham County et al., in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Marcus W. Wisehart, as counsel of record for defendants Effingham County et al., in this case.

**SO ORDERED** this __22nd__ day of September, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA