# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH   DIVISION

| | |
|---|---|
| VALERIE STOREY, *Individually and as Executrix of the Estate of Kenneth Cartee*, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EFFINGHAM COUNTY et al., )<br>)<br>Defendants. ) | Case No. CV415-149 |

## A M E N D E D   O R D E R

The Court Amends its September 22, 2015 Order, doc. 85: Having reviewed and considered the petition of Marcus W. Wisehart of the law firm of Ian R. Rapaport, 5565 Glenridge Connector, Suite 500, Atlanta, Georgia 30342, for permission to appear *pro hac vice* on behalf of defendant Woodlands Healthcare and Rehab, LLC, in the above-captioned case,

Said request is hereby **GRANTED** and the Clerk is **DIRECTED** to enter Marcus W. Wisehart, as counsel of record for defendant Woodlands Healthcare and Rehab, LLC in this case.

**SO ORDERED** this __24th__ day of September, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA