# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH    DIVISION

VALERIE STOREY, *Individually and as* )
*Executrix of the Estate of Kenneth Cartee,* )
)
        Plaintiff, )
)
v. )     Case No.  CV415-149
)
EFFINGHAM COUNTY et al., )
)
        Defendants. )

## A M E N D E D   O R D E R

The Court Amends its September 22, 2015 Order, doc. 84:  Having reviewed and considered the petition of Gregory T. Talley of the law firm of Coleman Talley LLP, 910 North Patterson Street, Valdosta, Georgia 31601, for permission to appear pro hac vice on behalf of defendants Effingham County et al., in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Gregory T. Talley, as counsel of record for defendant Ali Rahimi, M.D., in this case.

**SO ORDERED** this   24th   day of September, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA