UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

VALERIE STOREY, Individually and as )
Executrix of the ESTATE OF KENNETH )
CARTEE, )
 )
    Plaintiffs, )
 )
v. ) Civil Action No.
 ) 4:15-CV-00149-WTM-GRS
EFFINGHAM COUNTY, )
TRANSFORMHEALTHRX, INC., )
REBECCA RANSOM, ANISA )
GRANTHAM, NURSE LAUREN, WEEK )
NURSE MERLYN, et al., )
 )
    Defendant. )
 )

## CONSENT ORDER GRANTING MOTION TO QUASH SUBPOENA AND TO FILE DOCUMENTS UNDER SEAL

The Georgia Department of Behavioral Health and Developmental Disabilities and its hospital, Georgia Regional Hospital at Savannah, by and through its attorney, having filed a motion to quash a subpoena to DBHDD for medical records and to file under seal documents responsive to said subpoena, and the Court having considered said motion and brief in support thereof and counsel for Ali Rahimi, M.D. having consented to said motion, it is hereby **ORDERED** that said motion is **GRANTED**.

This 17TH day of December, 2015.

                                G. R. SMITH, U.S. Magistrate Judge
                                Southern District of Georgia

Consented to:

*George T. Talley by John R. Strickland w/ express permission*

George T. Talley, Esq., Attorney for Ali Rahimi, M.D.
Coleman Talley, LLP
910 N. Patterson Street
Valdosta, GA 31601
Telephone: (229) 671-8221
Facsimile: (229) 333-0885
E-Mail: greg.talley@colemantalley.com

1