# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| VALERIE STOREY, individually and as Executrix of the Estate of Kenneth Cartee, ) ) ) ) ) Plaintiff, ) ) v. ) ) EFFINGHAM COUNTY; JIMMY ) MCDUFFIE, individually and in ) his official capacity as ) Effingham County Sheriff; ) TRANSFORMHEALTHRX, INC.; ) EFFINGHAM COUNTY BOARD OF ) COMMISSIONERS; ASHBY LEE ) ZYDONYK, Deputy; BRYAN ) SHEAROUSE, Corporal; CORA MAE ) GAINES, Jailer; DOROTHY HOPF, ) Jailer; GARETT BUCKLES, Jailer; ) JOHNNY REINHART, Jailer; ) LATONYA COOPER, Jailer; LESLIE ) MINOR, Jail Corporal; PAUL ) DAVIS, Officer; ROBERT L. ) BROWN, Jail Captain; RYAN CASEY ) WILLIAMS, Deputy; TIFFANY ) TISBY, Jail Officer; JOHN DOES ) 1-20; ANISA GRANTHAM; LPC; ) NCAC; LAUREN, Nurse; MERLYN, ) Week Nurse; REBECCA RANSOM; ) LPN; JANE DOES 1-10; JOHN DOES ) PHYSICIANS 1-5; ALI RAHIMI, ) M.D.; and WOODLANDS HEALTHCARE ) AND REHAB, LLC; ) ) Defendants. ) ) | CASE NO. CV415-149 |

## O R D E R

Before the Court are Defendants' Motions to Dismiss. (Doc. 27; Doc. 28; Doc. 33.) Since Defendants filed their

motions, Plaintiff has amended her complaint twice. (Doc. 37; Doc. 72.) Several Defendants have subsequently filed Motions to Dismiss the Second Amended Complaint. (Doc. 74; Doc. 75.) Accordingly, the Motions to Dismiss the initial complaint (Doc. 27; Doc. 28; Doc. 33) are **DISMISSED AS MOOT**.

SO ORDERED this 28th day of March 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA