# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

VALERIE STOREY, *Individually and as Executrix of the Estate of Kenneth Cartee*,

Plaintiff,

v.

EFFINGHAM COUNTY et al.,

Defendants.

Case No. CV415-149

## ORDER

The Court having reviewed and considered the petition of Sherrie M. Brady of the law firm of Hawkins Parnell Thackston & Young LLP, 303 Peachtree Street, N.E., Suite 4000, Atlanta, Georgia 30308 for permission to appear pro hac vice on behalf of defendants TransformHealthRX, Anisa Grantham, Laura Busbin, Rebecca Ransom and Marilyn Spikes, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Sherrie M. Brady as counsel of record for defendants TransformHealthRX, Anisa Grantham, Laura Busbin, Rebecca Ransom and Marilyn Spikes, in this case.

**SO ORDERED** this __29th__ day of March, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA