# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | | |
|---|---|---|
| KEITH STOREY, as executor of the Estate of Valerie Storey and Executor of the Estate of Kenneth Cartee, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV415-149 |
| EFFINGHAM COUNTY, *et al.*, | ) ) ) | |
| Defendants. | ) | |

## ORDER

The Court **GRANTS** plaintiff Keith Storey's motion to substitute himself as the party plaintiff in this case. Doc. 136. The docket has been amended to reflect this ruling, and all subsequent filings shall conform. The Court also **GRANTS** plaintiff's motion to reopen this case. Doc. 135.

**SO ORDERED**, this 14th day of October, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA