IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KEITH STOREY, as executor of )
the Estate of Valerie Storey )
and Executor of the Estate of )
Kenneth Cartee, )
)
    Plaintiff, )
)
v. )    CASE NO. CV415-149
)
EFFINGHAM COUNTY; JIMMY )
MCDUFFIE, individually and in )
his official capacity as )
Effingham County Sheriff; )
TRANSFORMHEALTHRX, INC.; )
EFFINGHAM COUNTY BOARD OF )
COMMISSIONERS; ASHBY LEE )
ZYDONYK, Deputy; BRYAN )
SHEAROUSE, Corporal; CORA MAE )
GAINES, Jailer; DOROTHY HOPF, )
Jailer; GARRETT BUCKLES, )
Jailer; JOHNNY REINHART, )
Jailer; LATONYA COOPER, )
Sergeant; LESLIE MINOR, Jail )
Corporal; PAUL DAVIS, )
Officer; ROBERT L. BROWN, )
Jail Captain; RYAN CASEY )
WILLIAMS, Deputy; TIFFANY )
TISBY, Jail Officer, JOHN )
DOES 1-20; ANISA GRANTHAM; )
LPC; NCAC; LAUREN, Nurse; )
MERLYN, Week Nurse; REBECCA )
RANSOM; LPN; JANE DOES 1-10; )
JOHN DOES PHYSICIANS 1-5; ALI )
RAHIMI, M.D.; and WOODLANDS )
HEALTHCARE AND REHAB, LLC; )
)
    Defendants. )
)

## O R D E R

Before the Court is the parties' Joint Stipulation of Dismissal With Prejudice. (Doc. 242.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested, Plaintiff's claims against Defendants Laura Busbin and Marilyn Spikes are **DISMISSED WITH PREJUDICE** with each party to bear its own costs and attorney fees.

SO ORDERED this 5th day of July 2017.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA