IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KEITH STOREY, as executor of )
the Estate of Valerie Storey )
and Executor of the Estate of )
Kenneth Cartee, )
                                  )
    Plaintiff, )
                                  )
v. ) CASE NO. CV415-149
                                  )
EFFINGHAM COUNTY; JIMMY )
MCDUFFIE, individually and in )
his official capacity as )
Effingham County Sheriff; )
TRANSFORMHEALTHRX, INC.; )
EFFINGHAM COUNTY BOARD OF )
COMMISSIONERS; ASHBY LEE )
ZYDONYK, Deputy; BRYAN )
SHEAROUSE, Corporal; CORA MAE )
GAINES, Jailer; DOROTHY HOPF, )
Jailer; GARRETT BUCKLES, )
Jailer; JOHNNY REINHART, )
Jailer; LATONYA COOPER, )
Sergeant; LESLIE MINOR, Jail )
Corporal; PAUL DAVIS, )
Officer; ROBERT L. BROWN, )
Jail Captain; TIFFANY TISBY, )
Jail Officer, JOHN DOES 1-20; )
ANISA GRANTHAM; LPC; NCAC; )
REBECCA RANSOM; LPN; JANE )
DOES 1-10; JOHN DOES )
PHYSICIANS 1-5; ALI RAHIMI, )
M.D.; and WOODLANDS )
HEALTHCARE AND REHAB, LLC; )
                                  )
    Defendants. )
_____)

## **O R D E R**

Before the Court is the parties' joint Stipulation of Dismissal With Prejudice. (Doc. 251.) Pursuant to Federal

Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested, Plaintiff's claims against Defendant Woodlands Healthcare & Rehab, LLC d/b/a Woodlands Healthcare and Rehabilitation Center are **DISMISSED WITH PREJUDICE** with each party to bear its own costs and attorney fees. As a result, Defendant Woodlands Healthcare & Rehab, LLC d/b/a Woodlands Healthcare and Rehabilitation Center's Motion to Dismiss (Doc. 164), Motion to Exclude the Causation Opinions of Inna Sheyner, M.D. (Doc. 166), Motion for Summary Judgment (Doc. 169), and Motion for Summary Judgment (Doc. 170) are **DISMISSED AS MOOT**.

SO ORDERED this 17th day of January 2019.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA