IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KEITH STOREY, as Executor of  )
the Estate of Valerie Storey  )
and Executor of the Estate of )
Kenneth Cartee,               )
                              )
        Plaintiff,            )
                              )
v.                            )    CASE NO. CV415-149
                              )
TRANSFORMHEALTHRX, INC.; JOHN )
DOES 1-20; ANISA GRANTHAM,    )
LPC, NCAC; REBECCA RANSOM,    )
LPN; JANE DOES 1-10; JOHN     )
DOES PHYSICIANS 1-5; and ALI  )
RAHIMI, M.D.;                 )
                              )
        Defendants.           )
                              )

## O R D E R

Pending before the Court are Defendant Ali R. Rahimi, M.D.'s Motion to Dismiss (Doc. 155), Defendant Ali R. Rahimi, M.D.'s Daubert Motion (Doc. 156), the Motion for Summary Judgment of Defendant Ali R. Rahimi, M.D. (Doc. 157), the TransformHealthRX Defendants' Motion to Exclude (Doc. 163), Plaintiffs' Motion in Limine (Doc. 165), Plaintiffs' Motion and Brief to Exclude (Doc. 168), and the TransformHealthRX Defendants' Motion for Summary Judgment (Doc. 171). Due to earlier orders in the case and their effects on classifications within the Court's Case Management/Electronic Case Filing (CM/ECF) system, there have been delays in the resolution of these motions. When the Magistrate

Judge granted the parties' Joint Motion to Stay Proceedings in light of Plaintiff Valerie Storey's death, the Magistrate Judge also administratively closed the case without prejudice with the right of any party with standing to reopen it. (Doc. 130.) When the Magistrate Judge subsequently granted Plaintiff Keith Storey's motion to reopen the case (Doc. 137), the stay docketed in the Court's CM/ECF filing system was not removed, and the parties' subsequent motions did not appear on all of the Court's docket-based scheduling systems. The Court recognizes the motions have now been pending for some time and assures the parties the Court is diligently working to resolve the motions. Accordingly, the Court **DIRECTS** the Clerk of Court to **TERMINATE** the administrative stay in this case.

SO ORDERED this 18th day of October 2022.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA